Writ denied. Application is premature. Rights reserved in the event of an adverse judgment.

207 So.2d 538

**STATE of Louisiana**

v.

**Roderick JENKINS.**

No. 49125.

Feb. 29, 1968.

The application is denied. The showing made does not warrant the exercise of our supervisory jurisdiction.

207 So.2d 538

**Mrs. Bonnie B. McGINTY**

v.

**INSURANCE COMPANY OF NORTH AMERICA et al.**

No. 49089.

March 8, 1968.

Writ refused. There is no error of law in the judgment complained of.

BARHAM, J., recused.